IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BARBARA J. MITCHELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No: 2:20-cv-2320 |
| v. | ) |
| | ) |
| NEBRASKA FURNITURE MART, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

COMES NOW Defendant Nebraska Furniture Mart, Inc., pursuant to 28 U.S.C. §§ 1332, 1441 & 1446 and D.Kan.R. 81.1, and hereby gives notice of its removal of this action from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas based on diversity jurisdiction. As grounds for removal, Defendant states:

1. On June 12, 2020, Plaintiff filed her Petition in the District Court of Wyandotte County, Kansas, Case No. 2020-CV-000367.

2. This case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Nebraska Furniture Mart has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

### I: NEBRASKA FURNITURE MART HAS SATISIFIED THE PROCEDUAL REQUIREMENTS FOR REMOVAL

3. Defendant Nebraska Furniture Mart, Inc. was served with the summons and petition on June 16, 2020. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446.

4. The District Court of Wyandotte County, Kansas is located within the United States District Court, District of Kansas. 28 U.S.C. § 96. Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(a).

5. No previous application has been made for relief requested by this Notice.

6. Pursuant to 28 U.S.C. § 1446(a), copies of the process and pleadings served on Nebraska Furniture Mart are attached hereto as Exhibits A and B.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of removal was sent by electronic mail and U.S. Mail to counsel for Plaintiff. A copy of this Notice will be filed with the Clerk of the District Court of Wyandotte County, KS. A copy of that Notice is attached as Exhibit C.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 §§ 1332 and 1441

8. This Court has subject matter jurisdiction pursuant to 28 §§ 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive costs, as alleged in Plaintiff's petition and there is complete diversity between Plaintiff and Defendant.

### A. There is complete diversity of citizenship between Plaintiff and Defendant

9. As set forth in Plaintiff's Petition, Plaintiff is a resident of Missouri. (Ex B ¶ 1)

10. As set forth is Plaintiff's Nebraska Furniture Mart, Inc. is Nebraska corporation and Nebraska citizen. (Ex. B ¶ 2).

11. At the time this action commenced and at all times since, Plaintiff and Defendant are and remain citizens of different states. Accordingly, the diversity requirement for removal is satisfied.

### B.  The amount in controversy requirement is satisfied

12. The monetary jurisdictional prerequisite to federal jurisdiction under 28 U.S.C. § 1332(a) is satisfied because Plaintiff alleges, "damages in excess of $75,000."  (Ex B ¶ 19).

13. Plaintiff's Petition for Damages claims damages as a result of an broken right am and bruises and abrasions to her knee; medical expenses in excess of $11,000, future medical expenses, pain and suffering, emotional distress, loss of enjoyment of life  and diminished ability to perform her daily activities.  (Ex. B ¶ 16, 19).  Thus, a reasonable reading of the Petition shows that the amount Plaintiff placed in controversy exceeds $75,000.  Therefore, the state court action may be removed to the Court pursuant to 28 U.S.C. §§  1332 & 1441.  Accordingly, this Court has jurisdiction over the parties and subject matter of the state court action.

WHEREFORE Defendant Nebraska Furniture Mart, Inc. hereby requests that this matter be removed from the District Court for Wyandotte County, Kansas to the United States District Court for the District of Kansas.

### DESIGNATION OF PLACE OF TRIAL

Defendant Nebraska Furniture Mart, Inc., in accordance with D.Kan.R. 40.2, hereby designates Kansas City, Kansas as the place for trial.

Respectfully submitted,

*/s/ Stephanie Warmund*_____
Stephanie Warmund #12792
9001 State Line Road, Suite 130
Kansas City, MO 64114
Telephone: 816-627-5310
Fax: 603-334-7445
ATTORNEY FOR DEFENDANT NEBRASKA FURNITURE MART, INC

NOTICE OF SERVICE

      I hereby certify that a copy of the above and foregoing was electronically filed, with counsel being notified via the electronic filing system this 26th day of June, 2020.

                                            */s/ Stephanie Warmund*
                                            Stephanie Warmund